# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: August 31, 2017[1]
Refiled in Redacted Form: February 7, 2018

\* \* \* \* \* \* \* \* \* \* \* \* \*   PUBLISHED
MARIA L. TORRES, in her Own Right   \*
and as Best Friend of her Son, J.A.,   \*   Chief Special Master Dorsey
                                     \*
        Petitioner,   \*   No. 15-561V
                                     \*
                                     \*   Denial of Entitlement; Measles, Mumps
 v.   \*   & Rubella ("MMR") Vaccine; Hepatitis
                                     \*   A ("Hep A") Vaccine; Varicella
SECRETARY OF HEALTH   \*   Vaccine; Autistic Disorder ("AD");
AND HUMAN SERVICES,   \*   Residual Human DNA Fragments;
                                     \*   HERV-K Fragments; Insertional
        Respondent.   \*   Mutagenesis; Autoimmunity.
\* \* \* \* \* \* \* \* \* \* \* \* \*

John F. McHugh, Law Office of John McHugh, New York, NY, for petitioners.
Alexis B. Babcock, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION DISMISSING PETITION

On August 27, 2015, petitioner filed a status report in which she agreed to be bound by the ruling in the J.M. et al. (02-10V) case.

On September 1, 2017, I ruled against petitioners in J.M. et al. A copy of that decision is attached hereto as Appendix A and is incorporated herein.

Accordingly, petitioner is bound by that decision, and this case is **DISMISSED**. In the absence of a motion for review,[2] the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with this decision.

---

[1] When this decision was originally filed, I advised the parties of my intent to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. §3501 note (2012) (Federal management and Promotion of Electronic Government Services). Although the petitioner did not file a motion for redaction in her case, petitioners in the lead omnibus case, J.M. et al. (02-10V), filed a motion to have their names redacted to initials. This decision is being reissued to reflect that the names of the petitioners in the J.M. et al. case have been redacted to initials. Except for those changes and this footnote, no other substantive changes have been made.

[2] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master